No. 75–6816. WEILAND *v.* PARRATT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 75–6817. SALVO *v.* AMERICAN INSTITUTE OF ARCHITECTS ET AL. C. A. D. C. Cir. Certiorari denied.

No. 75–6818. PINKSTON *v.* WARDEN, STATEVILLE CORRECTIONAL CENTER. C. A. 7th Cir. Certiorari denied.

No. 75–6820. LOVE *v.* UNITED STATES; and

No. 75–6986. LYON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–6821. McDANIEL *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 75–6822. RAITPORT *v.* BANK & TRUST COMPANY OF OLD YORK ROAD ET AL. C. A. 3d Cir. Certiorari denied.

No. 75–6823. WATTS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 75–6825. MULLINS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–6826. HOYT *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 75–6827. HOLLINS *v.* UNITED STATES; and

No. 75–6830. HARRIS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–6828. COLEMAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 75–6831. HENNING *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–6833. WILLIAMS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.